IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal: 5:11-CR-00087 (MTT) |
| JAMAL MCGRUDER, | |
| Defendant. | |

**MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582
AND RETROACTIVE AMENDMENT 782, U.S.S.G.**

COMES NOW, Jamal McGruder and moves this Honorable Court, pursuant to 18 U.S.C. § 3582, Sentencing Guidelines §1B1.10 and Amendment 782, for a reduction of the eighty (80) month sentence this Court imposed on October 30, 2012. For the reasons stated below, Mr. McGruder asks that the Court reduce his sentence to sixty (60) months.

(1) On July 25, 2012, Mr. McGruder plead guilty to violating 21 U.S.C. § 846 in connection with 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii), and 18 U.S.C. § 2 (Conspiracy to Distribute Cocaine).

(2) Mr. McGruder's base offense level was twenty-eight (28) based on the drug quantity. The total offense level was twenty-five (25). Combined with the Criminal History Category of III, this produced a Guidelines imprisonment range of seventy (70) to eighty-seven (87) months. The Court imposed a sentence of eighty (80) months. Mr. McGruder is currently serving that sentence and the Bureau of Prisons projects his release date as April 27, 2018.

(3) Mr. McGruder is eligible for a reduction of his sentence by retroactive application of Sentencing Guidelines Amendment 782 to drug offenses pursuant to 18 U.S.C. § 3582(c) and

policy statement § 1B1.10.[1] As amended, Mr. McGruder's Guideline range drops to sixty (60) to seventy-one (71) months, based on a total offense level of twenty-three (23) and a Criminal History Category of III.

(4) Mr. McGruder respectfully requests the Court reduce the sentence originally imposed to sixty (60) months imprisonment to reflect the application of Amendment 782.

(5) Section 3582(c)(2) authorizes the district court to re-calculate Mr. McGruder's sentencing range under the amendment, and determine an appropriate sentence in accordance with the applicable § 3553(a) factors. The policy statement § 1B1.10 provides that courts have discretion in determining whether, and to what extent, to reduce the sentence for any person eligible to be considered for retroactive application of an amended Guideline. The Court may also consider Mr. McGruder's conduct while incarcerated. U.S.S.G. § 1B1.10, comment. (n.1).

WHEREFORE, as Mr. McGruder qualifies for a sentence reduction as of November 1, 2014, it is respectfully requested that the Court enter an amended Judgment reducing Mr. McGruder's sentence to sixty (60) months imprisonment.

Respectfully submitted, this 30th day of March, 2015.

        s/ *Jared Scott Westbroek*
        JARED SCOTT WESTBROEK
        Ga. Bar No.: 198008

        Federal Defenders of the
        Middle District of Georgia, Inc.
        440 Martin Luther King, Jr. Blvd.
        Suite 400
        Macon, Georgia 31201
        Tel:  (478) 743-4747
        Fax: (478) 207-3419

---

[1] The drug Guidelines at §§ 2D1.1 and 2D1.11 were amended effective November 1, 2014. See U.S.S.G. Amendment 782. The Sentencing Commission has determined these amended guidelines are retroactive for purposes of the policy statement U.S.S.G. § 1B1.10.

## CERTIFICATE OF SERVICE

I, Jared Scott Westbroek, hereby certify that on March 30, 2015, I electronically filed "***MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582 AND RETROACTIVE AMENDMENT 782, U.S.S.G.***" with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

s/ *Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Ga. Bar No.: 198008

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419