✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No.  5:11-CR-00087-002 (MTT) |
| **JAMAL MCGRUDER** | |

On November 14, 2016, the supervised release period of 60 months commenced. Jamal McGruder has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. For good and sufficient cause and without opposition from the U.S. Attorney's Office nor the U.S. Probation Office, it is recommended that the Court grant Jamal McGruder's Motion To Terminate Defendant's Supervised Release Term (CM/ECF Doc. #80).

Respectfully submitted,

*Donald Coneway, Sr.*
Donald L. Coneway, Sr.
Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee's motion for early termination of supervision be granted, the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this   30th   day of   September  , 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL
U.S. DISTRICT JUDGE